United States District Court
Southern District of Texas
**ENTERED**
March 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF LEON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-04709 |
| | § | |
| PURDUE PHARMA L.P., et al. | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES

Before the Court is the Parties' Joint Motion to Continue Deadlines. After consideration, the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED that the Joint Motion to Continue Deadlines is GRANTED. The deadlines in the Order for Conference and Disclosure of Interested Parties are continued until the JPML rules on Plaintiff's Motion to Vacate the Conditional Transfer Order or this Court has ruled on Plaintiff's Motion to Remand, whichever is later.

Signed on this 18th day of March, 2019.

_____
JUDGE KEITH P ELLISON